IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DOROTHY BOUNDS                                                    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:07-cv-00637-DPJ-JCS

FEDEX CORPORATE SERVICES, INC.,
FEDEX CUSTOM CRITICAL, INC.,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
FEDEX FREIGHT EAST, INC.,
FEDEX FREIGHT SYSTEMS, INC.,
FEDEX GROUND PACKAGE SYSTEM, INC.,
FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,
FEDEX NATIONAL LTL, INC.,
FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC.,
FEDEX SUPPLY CHANGE SERVICES, INC.,
FEDEX TRUCKING, INC.,
FEDERAL EXPRESS CORPORATION and
JOHN DOES 1–4                                                    DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action with prejudice as to all Defendants, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice as to all Defendants, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED** this the 27th day of December, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED TO:

S/ T. PHILIP HUSKEY
T. PHILIP HUSKEY – BAR #10692
    *Attorney for Plaintiff*

S/ JOHN A. WAITS
JOHN A. WAITS – BAR # 99259
    *Attorney for Defendants*